MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for CHARLES URMSTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>　　　　　　Plaintiff,　　　　　　　) <br>　　　　　　　　　　　　　　　　　 ) | No. S-08-mj-359 <br><br> STIPULATION AND |
| 　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 ) | ORDER TO CONTINUE <br> INITIAL APPEARANCE |
| CHARLES URMSTON,　　　　　　　 )<br>　　　　　　Defendant.　　　　　　　) <br>==============================) | Date: 12-18-08 <br> Time: 10:00 a.m. <br> Judge: Hon. Kimberly J. Mueller |

　　　　It is hereby stipulated between the parties, Anthony Storm, misdemeanor intern in the United States Attorney's Office, and Michael Long, attorney for CHARLES URMSTON, that the initial appearance date of November 13, 2008, should be continued until December 18, 2008.  The continuance is being requested by the defense as Mr. URMSTON lives in Boston, Massachusetts, and, until very recently, thought the court date had been continued until December 9, 2008.  Mr. URMSTON he had made travel plans to Sacramento for that date.  However, as Mr. Storm is unavailable on December 9th, we have agreed to continue the initial appearance to December 18th, 2008.

Dated:  November 13, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long_____
　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Urmston

Dated:  November 13, 2008

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McGREGOR SCOTT
United States Attorney

/s/ Anthony Storm
ANTHONY STORM
Misdemeanor Intern
United States Attorney's Office

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. S-08-mj-359
               Plaintiff,           )
                                     ) ORDER
   v.                              )
                                     ) Date: 12-18-08
CHARLES URMSTON,                 ) Judge: Hon. Kimberly J. Mueller.
               Defendant.           )
================================)

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the initial appearance presently set for November 13, 2008, at 10:00 a.m. be continued to December 18, 2008, at 10:00 a.m.

Dated: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

-3-